IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02420-RPM

SHARI McCARLEY,
REX ALLEN McCARLEY and
JUDY ARBGAST for and on behalf of
JESSICA McCARLEY, a minor, individually
and as heirs of REX McCARLEY, deceased,

        Plaintiffs,

v.

AEC OIL & GAS (USA), INC.,
d/b/a BALLARD PETROLEUM HOLDINGS, LLC,
KEY ENERGY SERVICES, INC., and
WEATHERFORD HOLDING U.S., INC.,
d/b/a WEATHERFORD U. S. LIMITED PARTNERSHIP,

        Defendants.

_____

ORDER ON PENDING MOTIONS AND SETTING PRETRIAL CONFERENCE
_____

Upon a review of the Clerk's file, it appears that the motions which were

scheduled for a hearing for May 31, 2005, which hearing date was vacated by an

order dated May 9, 2005, upon the plaintiffs' unopposed motion indicating that the

parties were attempting settlement and it now appearing that those matters should

now be determined and the case set for a pretrial conference, it is

ORDERED AS FOLLOWS:

1.  Plaintiffs' motion for enlargement of discovery cutoff dates, filed February

14, 2005, (Doc. #57) is moot.

2.  Defendants' motion to strike plaintiffs' expert witness testimony, filed March

3, 2005, (Doc. #60) is denied.

3.  Defendant Weatherford's unopposed motion for extension of time to file dispositive motions, filed March 23, 2005, (Doc. #65) is moot.

4.  Plaintiffs' unopposed motion for extension of time to file a response to defendants' motion to strike, filed March 25, 2005, (Doc. #66) is moot.

5.  Defendant Key Energy's unopposed motion for extension of time to file reply re motion to strike, filed April 22, 2005, (Doc. #69) is moot.

It is

FURTHER ORDERED that a pretrial conference will be convened on  for **May 2, 2006, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/rules frame.htm** (Appendix G).   In addition, the proposed Final Pretrial Order shall be submitted by **April 27, 2006,** via E-mail to **Matsch_Chambers@cod.uscourts.gov**.

Any requests for additional discovery and any requests for time to file dispositive motions will be considered at the time of the pretrial conference.

Dated: March 14, 2006

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge