IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02420-RPM

SHARI McCARLEY,
REX ALLEN McCARLEY and
JUDY ARBGAST for and on behalf of
JESSICA McCARLEY, a minor, individually
and as heirs of REX McCARLEY, deceased,

        Plaintiffs,

v.

AEC OIL & GAS (USA), INC.,
d/b/a BALLARD PETROLEUM HOLDINGS, LLC,
KEY ENERGY SERVICES, INC., and
WEATHERFORD HOLDING U.S., INC.,
d/b/a WEATHERFORD U. S. LIMITED PARTNERSHIP,

        Defendants.

---

ORDER DENYING REQUEST TO RETAIN JURISDICTION

---

On May 10, 2006, the parties filed a Stipulation for Dismissal with Prejudice and the Court has entered that order of dismissal with prejudice.  The plaintiffs also filed a request that this Court Retain Jurisdiction to Resolve Workers Compensation Lien, citing *Colorado Compensation Ins. Authority v. Jorgensen*, 992 P.2d 1156 (Colo. 2000).  That case is not applicable.  There has been no lien filed by a provider of worker's compensation benefits and there has been no intervention by a provider as was the case in *Jorgensen*.  Here, the plaintiffs are asking this Court to assume jurisdiction over an unknown entity for an unidentified dispute and the Court declines to do so.  It is therefore

ORDERED that the request to retain jurisdiction to resolve worker's compensation lien is denied.

Dated: May 11th, 2006

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge