IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02420-RPM-OES

SHARI McCARLEY;
REX ALLEN McCARLEY; and
JUDY ARBGAST for and on behalf of
JESSICA McCARLEY, a minor,
individually and as heirs of
REX McCARLEY, deceased,

    Plaintiffs,

v.

AEC OIL & GAS (USA), INC. dba
BALLARD PETROLEUM HOLDINGS, LLC, a Montana corporation;
KEY ENERGY SERVICES, INC., a Delaware corporation; and
WEATHERFORD HOLDINGS U.S. INC., a Texas corporation, dba
WEATHERFORD U.S. LIMITED PARTNERSHIP,

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

IT IS HEREBY ORDERED, that the within action be and hereby is dismissed with prejudice, each party to pay its own costs, inasmuch as it appears to the Court from the stipulation of counsel that a compromise of all pending claims existing between all parties has been concluded.

DONE AND SIGNED this 11th day of May, 2006.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Senior United States District Court Judge